UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT POWER                                                                CIVIL ACTION

VERSUS

JAMES M. LEBLANC, ET AL.                                     NO. 20-00794-BAJ-EWD

RULING AND ORDER

Before the Court is the Magistrate Judge's **Report and Recommendation (Doc. 7),** recommending that the Court dismiss Plaintiff's claims against Defendants James M. LeBlanc, Darryl Vannoy, Michael Jack, and Tammy Hendrickson without prejudice *sua sponte* for failure to timely serve Defendants pursuant to Federal Rule of Civil Procedure 4(m). (*Id.* at p. 3). The Magistrate Judge further recommends that the Court close this matter. There are no objections to the Report and Recommendation.

Having carefully considered the underlying Complaint and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims against Defendants James M. LeBlanc, Darryl Vannoy, Michael Jack, and Tammy Hendrickson, are **DISMISSED WITHOUT PREJUDICE** *sua sponte* for failure to timely serve Defendants pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS FURTHER ORDERED** that this matter is deemed **CLOSED**. A final judgment shall issue.

Baton Rouge, Louisiana, this 16th day of December, 2021

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA